JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MAYBERRY,<br><br>               Petitioner,<br><br>    v.<br><br>M. POLLARD,<br><br>               Respondent. | Case No. 2:21-cv-02537-MEMF-LAL<br><br>**JUDGMENT [ECF NO. 22]** |

    Pursuant to the Order Declining to Adopt in Part Report and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: October 2, 2024

                                            MAAME EWUSI-MENSAH FRIMPONG

                                                 United States District Judge